No. 21,143.

In re Interrogatories from the House of Representatives concerning Senate Bill No. 15, Forty-fourth General Assembly.

(389 P. [2d] 87)

Decided January 30, 1964.

Mr. DUKE W. DUNBAR, Attorney General, Mr. CLIFTON A. FLOWERS, Assistant, Mr. JOHN W. PATTERSON, Assistant.

*En Banc.*

Per Curiam.

HOUSE RESOLUTION No. 1003 submits to this Court the following Interrogatory:

"Do Sections 14, 15 and 16 of Senate Bill No. 15 violate the provisions of Section 16, Article VI, of the Constitution?"

The answer is "Yes." Each of the Sections above referred to violates the provisions of Section 16, Article VI, of the Colorado Constitution.

MR. JUSTICE DAY not participating.